UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIK W. TRACZYK | CIVIL ACTION |
| VERSUS | NO: 17-10426<br>c/w NO: 18-785 |
| WARDEN DARRYL VANNOY | SECTION: "J"(1) |

**ORDER**

The Court, having considered the petitions, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Petitioner Traczyk's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that the federal applications for habeas corpus relief filed by Erik Traczyk are **DENIED** and **DISMISSED WITHOUT PREJUDICE** as mixed petitions.

New Orleans, Louisiana, this 20th day of December, 2018.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE